

FILED
U.S. DISTRICT COURT

2006 JUN -5  A 9: 52

DISTRICT OF UTAH

BY:‾‾‾‾‾‾‾‾‾‾
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:06CV95 DB |
| Petitioner, | : | |
| v. | : | **ORDER** |
| STEVEN R. THAYER, | : | District Judge Dee Benson |
| | | Magistrate Judge Brooke Wells |
| Respondent. | : | |

The United States of America filed a petition to enforce its September 27, 2005 IRS Summons ("the Summons") pursuant to 26 U.S.C. §§ 7402(b) and 7604(a). This Court issued an Order to Show Cause on March 21, 2006, which referred this matter to Magistrate Judge Wells under 28 U.S.C. § 636(b)(3) and directed her to hear the evidence and make a written recommendation to this Court for proper disposition. United States v. Jones, 581 F.2d 816, 817 (10th Cir. 1978) (referring IRS summons enforcement to magistrate judge under 28 U.S.C. § 636(b)(3)). After reviewing the record de novo, I adopt the Magistrate Judge's Report and Recommendation and find that Respondent has failed to show cause why he should not be compelled to comply with the Summons. Consequently, I order Respondent to provide to the IRS the information requested in the Summons **within 20 days** after service upon Respondent of this Order.

DATED this 2nd day of _June_, 2006.

BY THE COURT:

Dee Benson, United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the

District of Utah, and that a copy of the foregoing Order was mailed, postage prepaid, this  24th  day

of May, 2006 to the following:

    Steven R. Thayer
    8082 W. Thoreau Dr.
    Magna, UT 84044

